IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CAROL BLAU, | ) | FILED & ENTERED 8/2/05 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 04-576-TC |
| v. | ) | |
| | ) | ORDER |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on June 30, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Plaintiff has timely filed objections.  I have, therefore, given <u>de</u> <u>novo</u> review of Magistrate Judge Coffin's rulings.

I find no error.  Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed June 30, 2005, in its entirety.  The Commissioner's decision is affirmed, and a final judgment will be entered dismissing this case with prejudice.

IT IS SO ORDERED.

DATED this 2nd day of August, 2005.

s/Michael R. Hogan
UNITED STATES DISTRICT JUDGE