UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CAROL BLAU,

                    Plaintiff(s),

     v.                                      Civil No. 04-576-TC

COMMISSIONER, SOCIAL SECURITY
    ADMINISTRATION,

                    Defendant(s).

## JUDGMENT

Pursuant to the Mandate of the Court of Appeals for the Ninth Circuit [27], this action has been reversed and remanded. As such, this matter is remanded to Defendant Commissioner for action consistent with the Ninth Circuit's Memorandum Opinion, and this action is dismissed pursuant to Sentence Four of 42 USC 405(g).

Dated: March 24, 2008.

_____
United States Magistrate Judge

**JUDGMENT**